1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   KINH TONG

*E-FILED - 5/31/07*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| KINH TONG,<br><br>                    Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES GROUP, INC., f/k/a CAPITAL MANAGEMENT SERVICES, INC., a New York corporation,<br><br>                    Defendant. | Case No.  C07-01026-RMW-HRL<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [] ORDER**<br><br>Judge:         Honorable Ronald M. Whyte<br>Courtroom:  6, 4th Floor<br>Place:         280 South First Street<br>                    San Jose, California |

The Parties hereby jointly request that the Case Management Conference currently scheduled on June 1, 2007, at 10:30 a.m., be continued due to a calendar conflict. Plaintiff's counsel will be out of the country on vacation from May 30, 2007, through June 13, 2007, inclusive. The Parties request that the Case Management Conference in this case be rescheduled for June 15, 2007, at 10:30 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

JOINT REQUEST TO CONTINUE CASE MANAGEMENT                         Case No.  C07-01026-RMW-HRL

CONSUMER LAW CENTER, INC.

Dated: May 18, 2007        By: /s/ Fred W. Schwinn
            Fred W. Schwinn, Esq.
            Attorney for Plaintiff
            KINH TONG

LEWIS BRISBOIS BISGAARD & SMITH, LLP

Dated: May 18, 2007        By: /s/ Stephen H. Turner
            Stephen H. Turner, Esq.
            Attorney for Defendant
            CAPITAL MANAGEMENT SERVICES GROUP, INC.

## [] ORDER

Pursuant to the joint request of the Parties, the Court hereby orders that the Case Management Conference set for June 1, 2007, at 10:30 a.m., is continued to June 15, 2007 at 10:30 a.m.

IT IS SO ORDERED.

Dated: 5/31/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge