*E-FILED 10/2/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KINH TONG, | No. C07-01026 RMW (HRL) |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| CAPITAL MANAGEMENT SERVICES, GROUP, INC., | **[Re: Docket No. 32]** |
| Defendant. | |

Defendant agrees that, in view of the District Court's expected ruling on its motion for judgment on the pleadings, its motion for protective order is moot. Accordingly, the motion for protective order is denied as such. As discussed at the October 2, 2007 motion hearing, defendant shall serve its responses to plaintiff's discovery requests by **October 12, 2007**.

IT IS SO ORDERED.

Dated: October 2, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:07-cv-1026 Notice will be electronically mailed to:**

Corinne de Rama Deveza deveza@lbbslaw.com, ichacon@lbbslaw.com

Fred W. Schwinn fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

Brian Slome bslome@lbbslaw.com

Stephen H. Turner TURNERS@cmtlaw.com, mahaneyl@cmtlaw.com, nefuldal@cmtlaw.com, vigils@cmtlaw.com

Alison Yew yew@lbbslaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.