STEPHEN H. TURNER, SB# 89627
 E-Mail: turner@lbbslaw.com
BRIAN SLOME, SB#238134
 E-Mail: bslome@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

***E-FILED - 10/4/07***

Attorneys for Defendant
CAPITAL MANAGEMENT SERVICES, GROUP, INC.
f/k/a CAPITAL MANAGEMENT SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| KINH TONG<br><br>Plaintiff,<br><br>v.<br>CAPITAL MANAGEMENT SERVICES, GROUP, INC. f/k/a CAPITAL MANAGEMENT SERVICES, INC., a New York Corporation<br><br>Defendant. | CASE NO. C07 01026 - RMW- HRL<br>HON.   RONALD M. WHYTE<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUING MEDIATION COMPLETION DATE<br><br>Old Date: September 26, 2007<br>Proposed New Date: October 31, 2007 |

Defendant, CAPITAL MANAGEMENT SERVICES, GROUP, INC. f/k/a CAPITAL MANAGEMENT SERVICES, INC. ("Defendant") by and through its attorneys of record, Lewis Brisbois Bisgaard & Smith LLP and Plaintiff Kinh Tong ("Plaintiff") by and through his attorneys of record, Consumer Law Center, Inc., (collectively, "the parties") hereby jointly request a stipulation continuing the mediation completion date in this matter through October 31, 2007 on the following grounds:

Whereas, Thomas J. LoSavio of Low Ball & Lynch APC, was appointed to mediate this matter on July 25, 2007;

/ / /

1   Whereas, through inadvertence, the Parties were only responded to by Mr.
2   Losavio on September 4, 2007;
3   Whereas, on August 13, 2007, prior to being notified by the mediator,
4   Defendant filed its motion for judgment on the pleadings which is set to be heard on
5   September 28, 2007;
6   Whereas, Plaintiff filed its opposition to the judgment on the pleadings on
7   September 6, 2007;
8   Whereas, Defendants reply is due on September 14, 2007;
9   Whereas, the current mediation completion date is set for September 26, 2007,
10  two days before the hearing date on Defendants dispositive motion;
11  Whereas, the Parties and Mr. Losavio engaged in a conference call on
12  September 10, 2007, wherein it was agreed that continuing the mediation completion
13  date until the end of October would greatly enhance the parties ability to
14  meaningfully resolve the instant action;
15  Whereas, during the September 10, 2007, conference call, the Parties
16  discussed several dates in October during which a mediation could take place.
17
18  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
19  through their respective counsel and subject to approval by this Court that:
20      1.   The mediation completion date, currently set for September 26, 2007,
21  shall be continued through and including October 31, 2007;
22      2.   The following stipulation may be signed in counterparts, each
23  counterpart having the same effect as originals and that facsimile signatures shall be
24  deemed to have the same effect as originals.
25  / / /
26  / / /
27  / / /
28  / / /

4825-4516-5057.1                                   -2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUING MEDIATION COMPLETION DATE

1  It is so Stipulated:

2                                              **Lewis Brisbois Bisgaard & Smith LLP**

4  Date:_____                        By:___/s/ Brian Slome_____
                                                   Stephen H. Turner
5                                                  Brian Slome
                                                   Attorneys for Defendant

7                                              **Consumer Law Center Inc.**

10 Date:_____                        By:_____
                                                   Fred W. Schwinnn
11                                                 Attorney for Plaintiff

13 The foregoing stipulation is agreed to in form and substance:

                                               **Low Ball & Lynch APC**

17 Date:_____                        By:_____
                                                   Thomas J. LoSavio

20                                    **ORDER:**

21 The Court has reviewed the foregoing stipulation of the parties and finds that good
22 cause exists to continue the mediation completion date in this matter from September
23 26, 2007, through and including October 31, 2007.

25 It is so Ordered

27 Date:_____                        By:_____
                                                   Judge of the District Court

It is so Stipulated:

**Lewis Brisbois Bisgaard & Smith LLP**

Date:_____          By:_____
                               Stephen H. Turner
                               Brian Slome
                               Attorneys for Defendant

**Consumer Law Center Inc.**

Date:_____          By:_____
                               Fred W. Schwinnn
                               Attorney for Plaintiff

The foregoing stipulation is agreed to in form and substance:

**Low Ball & Lynch APC**

Date: 9/10/07              By: _____
                               Thomas J. LoSavio

## ORDER:

The Court has reviewed the foregoing stipulation of the parties and finds that good cause exists to continue the mediation completion date in this matter from September 26, 2007, through and including October 31, 2007.

It is so Ordered

Date:_____          By:_____
                               Judge of the District Court

1 It is so Stipulated:

2           **Lewis Brisbois Bisgaard & Smith LLP**

3

4 Date: _____     By: _____
              Stephen H. Turner
5               Brian Slome
              Attorneys for Defendant
6

7

8           **Consumer Law Center Inc.**

9

10 Date: 9-10-07     By: _____
              Fred W. Schwinnn
11               Attorney for Plaintiff

12

13 The foregoing stipulation is agreed to in form and substance:

14           **Low Ball & Lynch APC**

15

16

17 Date: _____     By: _____
              Thomas J. LoSavio
18

19

20           **ORDER:**

21 The Court has reviewed the foregoing stipulation of the parties and finds that good

22 cause exists to continue the mediation completion date in this matter from September

23 26, 2007, through and including October 31, 2007.

24

25 It is so Ordered

26

27 Date: 9/24/07     By: _Ronald M. Whyte_
              Judge of the District Court
28 *Re-Posted document due to system crash.

4825-4516-5057.1           -3-
STIPULATION AND [XXXXXXXX] ORDER TO CONTINUING MEDIATION COMPLETION DATE

# CERTIFICATE OF SERVICE

I certify that on the 11th day of September, 2007, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Ste. 1014
San Jose, California 95113-2404

Thomas J. LoSavio
Low Ball & Lynch APC
505 Montgomery Street, 7th Floorr
San Francisco, California 94111-2584

By: *Stephanie Hickman* (signature)
Stephanie Hickman